Sara B. Allman, Esq. CSB #107932
■ALLMAN & NIELSEN, P.C. ■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone:  415.461.2700
Facsimile:  415.461.2726
E-Mail:     all-niel@comcast.net

Attorney for Defendants
FRANMAR COMPANY, A LIMITED PARTNERSHIP;
DAVID BERETTA, erroneously sued as DAVID BARETTA;
AND MARY E. BERETTA, erroneously sued as MARY E. BARETTA.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAIS AMIN,<br><br>        Plaintiff,<br><br>v.<br><br>FRANMAR COMPANY, A LIMITED PARTNERSHIP; DAVID BARETTA; MARY E. BARETTA; JANG LIM DBA BOB HOAGY STEAKS 2; AND DOES 1-10, INCLUSIVE,<br><br>        Defendants. | Case No.:  C11-04231 JSC<br><br>**STIPULATION AND [~~PROPOSED ORDER~~] TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT**<br>**[Civil L. R. 6-1]** |

STIPULATION AND [~~PROPOSED ORDER~~] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT
-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

1     IT IS HEREBY STIPULATED by and between the parties, through their respective counsel,

2   that the time within which defendants FranMar Company, David Beretta, and Mary E. Beretta may

3   answer or otherwise respond to the Complaint shall be, and hereby is, extended to and including

4   October 12, 2011.

5

6   Dated: **9|27|11**                Law Offices of Paul L. Rein

7

8                            By: _____

9                             Paul L. Rein, Esq.
                                Attorneys for Plaintiff QUAIS AMIN

10

11  Dated: September **27**, 2010

12                           ALLMAN & NIELSEN, P. C.

13                           By: _____

14                             Sara B. Allman, Esq.
                                Attorneys for Defendants

15                                  FRANMAR COMPANY, A LIMITED

16                                PARTNERSHIP; DAVID BERETTA; AND
                                MARY E. BERETTA

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

1

2

**ORDER**

3      PER THE STIPULATION OF COUNSEL, attached, IT IS HEREBY ORDERED THAT:

4  1.      The time within which defendants FranMar Company, David Beretta, and Mary E. Beretta

5  may answer or otherwise respond to the Complaint shall be and hereby is, extended to and including

6  October 12, 2011

7

8  Dated:  _ September 27, 2011 _____            _Jacqueline S. Coly_____

9                                                    THE HON. JACQUELINE SCOTT CORLEY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

**STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT**                    -3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726