Sara B. Allman, Esq. CSB #107932
■ALLMAN & NIELSEN, P.C.■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726
E-Mail: all-niel@comcast.net

Attorney for Defendants
FRANMAR COMPANY, A LIMITED PARTNERSHIP;
DAVID BERETTA, erroneously sued as DAVID BARETTA;
AND MARY E. BERETTA, erroneously sued as MARY E. BARETTA.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAIS AMIN,<br><br>     Plaintiff,<br><br>v.<br><br>FRANMAR COMPANY, A LIMITED PARTNERSHIP; DAVID BARETTA; MARY E. BARETTA; JANG LIM DBA BOB HOAGY STEAKS 2; AND DOES 1-10, INCLUSIVE,<br><br>     Defendants. | Case No.: C11-04231 JSC<br><br>**STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT**<br>[Civil L. R. 6-1] |

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT
-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

1  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time within which defendants FranMar Company, David Beretta, and Mary E. Beretta may answer or otherwise respond to the Complaint shall be, and hereby is, extended to and including October 12, 2011.

Dated: 9/27/11

Law Offices of Paul L. Rein

By: _____
Paul L. Rein, Esq.
Attorneys for Plaintiff QUAIS AMIN

Dated: September 27, 2010

ALLMAN & NIELSEN, P. C.

By: _____
Sara B. Allman, Esq.
Attorneys for Defendants
FRANMAR COMPANY, A LIMITED PARTNERSHIP; DAVID BERETTA; AND MARY E. BERETTA

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT
-2-

ALLMAN & NIELSEN, P.C.
110 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

# ORDER

PER THE STIPULATION OF COUNSEL, attached, IT IS HEREBY ORDERED THAT:

1. The time within which defendants FranMar Company, David Beretta, and Mary E. Beretta may answer or otherwise respond to the Complaint shall be and hereby is, extended to and including October 12, 2011

Dated: September 27, 2011

_____
THE HON. JACQUELINE SCOTT CORLEY

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-3-