Jee Soo Kim, Esq. (SBN 165621)
1330 Broadway, Suite 432
Oakland, CA 94612
Telephone: 510-891-7000
Facsimile: 510-891-7007
E-Mail: jeeskim@yahoo.com

Attorney for Defendant
JANG LIM DBA BOB'S HOAGY STEAKS 2

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAIS AMIN,<br><br>    Plaintiff,<br><br>v.<br><br>FRANMAR COMPANY, A LIMITED PARTNERSHIP; DAVID BARETTA; MARY E. BARETTA; JANG LIM DBA BOB HOAGY STEAKS 2; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No.: C11-04231 JSC<br><br>STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT<br>[Civil L. R. 6-1] |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time within which defendant Jang Lim, dba Bob's Hoagy Steaks 2, may answer or otherwise respond to the Complaint shall be, and hereby is, extended to and including October 12, 2011.

Dated: 10/5/4

Law Offices of Paul L. Rein

By: _____
Paul L. Rein, Esq.
Attorneys for Plaintiff QUAIS AMIN

Dated: September 29, 2010

Law Offices of Jee Soo Kim

By: _____
Jee Soo Kim, Esq.
Attorneys for Defendant
Jang Lim

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT
-1-

# ORDER

PER THE STIPULATION OF COUNSEL, attached, IT IS HEREBY ORDERED THAT:

1. The time within which defendant Jang Lim may answer or otherwise respond to the Complaint shall be and hereby is, extended to and including October 12, 2011

Dated: __10/11/2011__

*Jacqueline S. Corley*
THE HON. JACQUELINE SCOTT CORLEY

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT

-2-